Leo HEISEL, Trustee, etc., et al., Appellants, v. Joseph BEDINSKY, Appellee. (Circuit Court of Appeals, Fifth Circuit. November 22, 1923.) No. 4192. Appeal from the District Court of the United States for the Western District of Texas; W. R. Smith, Judge. John L. Dyer and R. A. D. Morton, both of El Paso, Tex., for appellants. S. J. Isaacks, of El Paso, Tex. (Isaacks & Lattner, of El Paso, Tex., on the brief), for appellee. Before WALKER and BRYAN, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. This is an appeal from an order granting the bankrupt a discharge. We are of opinion that the evidence as disclosed by the record was not such as to warrant us in setting aside the finding of the trial court that no ground urged in opposition to a discharge was sustained. The order presented for review is affirmed.

---

Martin HOLTZ, Plaintiff-in-Error, v. UNITED STATES, Defendant-in-Error. (Circuit Court of Appeals, Second Circuit. October 10, 1923.) No. 44. In Error to the District Court of the United States for the Eastern District of New York. Charles J. Buchner, of Brooklyn, N. Y., for plaintiff in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (William A. De Groot, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment (288 Fed. 81) affirmed in open court.

---

Ezra B. JACKSON, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fifth Circuit. November 30, 1923.) No. 4121. In Error to the District Court of the United States for the Western District of Texas; William R. Smith, Judge. Leander A. Dale, of El Paso, Tex., for plaintiff in error. H. R. Gamble, Sp. Asst. U. S. Atty., of El Paso, Tex. (John D. Hartman, U. S. Atty., of San Antonio, Tex., and N. J. Morrison, Asst. U. S. Atty., of El Paso, Tex., on the brief), for the United States. Before WALKER and BRYAN, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. There does not appear to be any question of law in this case that has not been thoroughly settled by the decisions of this court. We have examined the evidence, and in our opinion it amply sustains the verdict. The judgment is affirmed.

---

JEFFREY MFG. CO., Plaintiff-in-Error, v. JUDSON FREIGHT FORWARDING CO., Defendant-in-Error. (Circuit Court of Appeals, Second Circuit. November 19, 1923.) No. 25. In Error to the District Court of the United States for the Southern District of New York. Baldwin, Hutchins & Todd, of New York City (Hiram C. Todd and George C. Lay, both of New York City, of counsel), for plaintiff in error. Henry M. Earle, of New York City, for defendant in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.